■ WILLIAM P. STEELE, JR., Respondent, v. DORLEEN STEELE, Appellant.— The parties have a continuing controversy as to their marital status. The interests of both parties can best be served by the resolution of that controversy in this action. Accordingly the defendant should be allowed to defend. Order unanimously reversed and the motion granted to the extent of opening defendant's default and leaving to the trial court the determination of whether a counsel fee should be awarded defendant at plaintiff's expense, and, if so, the amount of such counsel fee. This determination is without costs. Settle order on notice. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ In the Matter of JOHN J. ALLEN, Petitioner, against FRANCIS W. H. ADAMS, as Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements to the respondent and the petition dismissed. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNHARDT PEGUESE, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK ROSENTHAL, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ C. RAY EKHOLM, Respondent, v. VICTOR J. SUDMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ In the Matter of ELAINE FINKEL, Petitioner, against GEORGE M. BRAGALINI, as Commissioner of Taxation and Finance of the State of New York, et al., Respondents.— Determination unanimously confirmed, with $50 costs and disbursements to the respondents and the petition dismissed. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ K & P FANCY STITCHING MACHINE Co., INC., Appellant, v. AARON WEISS, Respondent.— Judgment unanimously affirmed, with costs. The pleadings will be deemed amended to conform to the proof to the extent that they include the defenses of abandonment and rescission upon which theories both sides tried the case. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD M. JAFFEE, Appellant.— Judgment unanimously modified so as to reduce the fine to $50, the balance to be remitted, and, as so modified, affirmed. On the record before the court the sentence was excessive. Settle order on notice. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ EASTERN ORTHODOX CATHOLIC CHURCH IN AMERICA et al., Appellants, v. GREGORY R. ADAIR et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.